IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JARED CHARLAP,

    Plaintiff,       20cv1857
              LEAD CASE
     v.

OFFBEAT VENTURES, LLC
*doing business as*
VINYL ME PLEASE,

    Defendant.

---

JARED CHARLAP,

    Plaintiff,       20cv1860
              MEMBER CASE
     v.

DRMTLGY, LLC,

    Defendant.

---

JARED CHARLAP,

    Plaintiff,       20cv1870
              MEMBER CASE
     v.

IQAIR NORTH AMERICAN, INC.,

    Defendant.

---

JARED CHARLAP,

    Plaintiff,       20cv1871
              MEMBER CASE
     v.

SPREADSHIRT, INC.,

    Defendant.

JARED CHARLAP,

        Plaintiff,               20cv1876
                                       MEMBER CASE

           v.

MCINTOSH LABORATORY, INC.,

        Defendant.

---

JARED CHARLAP,

        Plaintiff,               20cv1877
                                       MEMBER CASE

           v.

THEISEN'S, INC.,

        Defendant.

---

JARED CHARLAP,

        Plaintiff,               20cv1889
                                       MEMBER CASE

           v.

FREEDOME LASER THERAPY, INC.,

        Defendant.

---

JARED CHARLAP,

        Plaintiff,               20cv1890
                                       MEMBER CASE

           v.

EMBER TECHNOLOGIES, INC,

        Defendant.

JARED CHARLAP,

              Plaintiff,                       20cv1898
                                              MEMBER CASE

                    v.

AWB, INC.
doing business as
SENSA CALM,

              Defendant.

---

JARED CHARLAP,

              Plaintiff,                       20cv1901
                                              MEMBER CASE

                    v.

SPOILS MEDIA INC.
doing business as
HOUSE OF SPOILS,

              Defendant.

---

JARED CHARLAP,

              Plaintiff,                       20cv1908
                                              MEMBER CASE

                    v.

DIGITAL ROOM, LLC
doing business as
UPRINTING,

              Defendant.

---

JARED CHARLAP,
              Plaintiff,

                                             20cv1922
                    v.                           MEMBER CASE

BARTON WATCHBANDS HOLDCO LLC,
              Defendant.

KAREN CLARK,

          Plaintiff,

               v.

VANITY PLANET, LLC,
          Defendant.

1:20cv0341
MEMBER CASE

---

KAREN CLARK,

          Plaintiff,

               v.

SPEER LABORATORIES, LLC
doing business as
EMUAID,

          Defendant.

1:20cv0343
MEMBER CASE

---

KAREN CLARK,

          Plaintiff,

               v.

PANGEA NATURALS, INC.,

          Defendant.

1:20cv0344
MEMBER CASE

KAREN CLARK,

        Plaintiff,

              v.

HIVE ENDEAVORS, LLC
doing business as
TRY CLOUDY,

        Defendant.

1:20cv0345
MEMBER CASE

---

KAREN CLARK,

        Plaintiff,

              v.

KITU LIFE, INC.
doing business as
SUPER COFFEE,

        Defendant.

1:20cv0347
MEMBER CASE

---

KAREN CLARK,

        Plaintiff,

              v.

BLADE HQ, LLC,

        Defendant.

1:20cv0352
MEMBER CASE

---

KAREN CLARK,

        Plaintiff,

              v.

INSERT NAME HERE, LLC,

        Defendant.

1:20cv0353
MEMBER CASE

KAREN CLARK,

        Plaintiff,                          1:20cv0355
                                              MEMBER CASE

              v.

ERIMISH, LLC,

        Defendant.

---

KAREN CLARK,

        Plaintiff,                          1:20cv0360
                                              MEMBER CASE

              v.

MONOWEAR, INC.,

        Defendant.

---

KAREN CLARK,

        Plaintiff,                          1:20cv0361
                                              MEMBER CASE

              v.

LOGITECH, INC.
doing business as
ULTIMATE EARS,

        Defendant.

**ORDER OF COURT**

IT IS HEREBY ORDERED that the parties shall proceed as follows:

1.       Civil Action Nos. 20-1860, 20-1870, 20-1871, 20-1876, 20-1877, 20-1889, 20-

         1890, 20-1898, 20-1901, 20-1908, 20-1922, 20-341Erie, 20-343Erie, 20-344Erie,

         20-345Erie, 20-347Erie, 20-352Erie, 20-353Erie, 20-355Erie, 20-360Erie, and

         20-361Erie are hereby consolidated with **Civil Action No. 20-1857**, the lead case

         as captioned above.

1.       All pleading, motions, and other papers hereafter filed shall be filed at **Civil**

         **Action No. 20-1857**.

2.       The Clerk of Court shall **close** Civil Action Nos. 20-1860, 20-1870, 20-1871, 20-

         1876, 20-1877, 20-1889, 20-1890, 20-1898, 20-1901, 20-1908, 20-1922, 20-

         341Erie, 20-343Erie, 20-344Erie, 20-345Erie, 20-347Erie, 20-352Erie, 20-

         353Erie, 20-355Erie, 20-360Erie, and 20-361Erie.


                              **SO ORDERED** this 16th day of December, 2020.

                              s/Arthur J. Schwab
                              Arthur J. Schwab
                              United States District Judge