IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JARED CHARLAP,<br><br>    Plaintiff,<br><br>  v.<br><br>OFFBEAT VENTURES, LLC DBA VINYL ME PLEASE,<br><br>    Defendant. | Civil Action No. 20-cv-01857<br><br>LEAD CASE |
| JARED CHARLAP,<br><br>    Plaintiff,<br><br>  v.<br><br>DRMTLGY, LLC,<br><br>    Defendant. | Civil Action No. 20-cv-01860<br><br>MEMBER CASE |

## NOTICE OF SETTLEMENT

Plaintiff JARED CHARLAP hereby advises this Honorable Court he has reached an agreement in principle with Defendant DRMTLGY, LLC. The parties are finalizing settlement documents and expect to file a dismissal within 30 days.

Dated: January 19, 2021               Respectfully Submitted,

*/s/ Benjamin Sweet*
Benjamin J. Sweet (PA Bar No. 87338)
ben@nshmlaw.com
**NYE, STIRLING, HALE & MILLER, LLP**
1145 Bower Hill Road, Suite 104
Pittsburgh, Pennsylvania 15243
Phone: 412-857-5350

*Attorneys for Plaintiff Jared Charlap*

## **CERTIFICATE OF SERVICE**

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this 19th day of January, 2021.

*/s/ Benjamin J. Sweet*
Benjamin J. Sweet