IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JARED CHARLAP,<br><br>    Plaintiff,<br><br> v.<br><br>OFFBEAT VENTURES, LLC DBA VINYL ME PLEASE,<br><br>    Defendant. | Civil Action No. 20-cv-01857<br><br>LEAD CASE |
| JARED CHARLAP,<br><br>    Plaintiff,<br><br> v.<br><br>DRMTLGY, LLC,<br><br>    Defendant. | Civil Action No. 20-cv-01860<br><br>MEMBER CASE |

**STIPULATION FOR DISMISSAL**

Plaintiff, JARED CHARLAP, and Defendant, DRMTLGY, LLC, by and through their undersigned counsel, hereby stipulate that this action shall be DISMISSED, with prejudice, as between all parties, and; each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: January 28, 2021

| | |
|---|---|
| NYE STIRLING, HALE & MILLER, LLP | BUCHANAN INGERSOLL & ROONEY PC |
| By: _/s/ Benjamin J. Sweet_<br>Benjamin J. Sweet, Esq.<br>1145 Bower Hill Road, Ste 104<br>Pittsburgh, Pennsylvania 15243 | By: _/s/ Ryan J. Wilk_<br>Ryan J. Wilk (PA 316696)<br>501 Grant Street, Suite 200<br>Pittsburgh, Pennsylvania 15219 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

**CERTIFICATE OF SERVICE**

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this 28th day of January, 2021.

/s/ Benjamin J. Sweet
Benjamin J. Sweet
