IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JARED CHARLAP,<br><br>Plaintiff,<br><br>v.<br><br>OFFBEAT VENTURES, LLC *doing business as* VINYL ME PLEASE,<br><br>Defendant. | Civil Action No. 20-cv-01857<br><br>LEAD CASE |
| JARED CHARLAP,<br><br>Plaintiff,<br><br>v.<br><br>SPREADSHIRT, INC.,<br><br>Defendant. | Civil Action No. 20-cv-01871<br><br>MEMBER CASE |

## NOTICE OF SETTLEMENT

Plaintiff Jared Charlap hereby advises this Honorable Court he has reached an agreement in principle with Defendant Spreadshirt, Inc. The parties are finalizing settlement documents and expect to file a notice of dismissal with prejudice in the next thirty (30) days.

Dated: January 28, 2021     Respectfully Submitted,

  */s/ Benjamin J. Sweet*
  Benjamin J. Sweet
  ben@nshmlaw.com
  **NYE, STIRLING, HALE & MILLER, LLP**
  1145 Bower Hill Road, Suite 104
  Pittsburgh, Pennsylvania 15243

  *Attorneys for Plaintiff Jared Charlap*

-2-

## **CERTIFICATE OF SERVICE**

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this 28th day of January, 2021.

*/s/ Benjamin J. Sweet*
Benjamin J. Sweet
