IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JARED CHARLAP,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>OFFBEAT VENTURES, LLC DBA VINYL ME PLEASE,<br><br>　　　　　Defendant. | Civil Action No. 20-cv-01857<br><br>LEAD CASE |

## NOTICE OF SETTLEMENT

Plaintiff JARED CHARLAP hereby advises this Honorable Court he has reached an agreement in principle with Defendant OFFBEAT VENTURES, LLC DBA VINYL ME PLEASE. The parties are finalizing settlement documents and expect to file a notice of dismissal within 30 days.

Dated: April 5, 2021　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Benjamin J. Sweet*
　　　　　　　　　　　　　　　　　　　Benjamin J. Sweet
　　　　　　　　　　　　　　　　　　　**NYE, STIRLING, HALE & MILLER, LLP**
　　　　　　　　　　　　　　　　　　　1145 Bower Hill Road, Suite 104
　　　　　　　　　　　　　　　　　　　Pittsburgh, Pennsylvania 15243

　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Jared Charlap*

## **CERTIFICATE OF SERVICE**

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this 5th day of April, 2021.

                                                         */s/ Benjamin J. Sweet*
                                                          Benjamin J. Sweet